C. STANLEY HUNTERTON
Nevada Bar No. 1891
HUNTERTON & ASSOCIATES
333 So. Sixth St.
Las Vegas, Nevada 89101
(702-388-0098)
Counsel for Defendant Christopher J. Biggers

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHRISTOPHER J. BIGGERS, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 2:10-CR-0003-JCM-PAL <br> 2:10-CR-0039-JCM-PAL <br> 2:01-CR-0464-JCM-PAL <br> 2:09-CR-530-JCM-PAL |

SECOND AMENDED STIPULATION TO CONTINUE SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between DANIEL G. BOGDEN, United States Attorney, through ROGER YANG, Assistant United States Attorney and C. STANLEY HUNTERTON, counsel for Defendant Christopher J. Biggers, that the sentencing date in this matter as well as the revocation proceedings presently set for January 20, 2011 at the hour of 10:00 am, be vacated and continued.

This Stipulation is entered into for the following reasons:

1. The Presentence Report states that I am to respond in writing to the probation officer with any objections by December 28, 2010.

2. Our office did not receive this report until the afternoon of Tuesday, January 4, 2011.

3. Although our office understands that the Probation Office takes the position that they called us on December 14, 2010 telling us that the report was ready, our reception logs have no indication of any such phone call nor does Jan Allen, my assistant, nor myself have any recollection of any such phone call.

4. In any event, obviously it is impossible to respond to this Presentence Report by December 28, 2010 since that date has passed.

5. Defendant Biggers is incarcerated in Pahrump and it will be necessary for defense counsel to travel to Pahrump in order to have him read this report and confer about it.

WHEREFORE, a continuance of at least 30 days to the next time convenient to the Court is necessary in the ends of justice.

DATED this 11th day of January, 2011.

| HUNTERTON & ASSOCIATES | DANIEL G. BOGDEN |
| | UNITED STATES ATTORNEY |
| /s/ C. Stanley Hunterton | /s/ Roger Yang |
| C. Stanley Hunterton | Roger Yang |
| 333 So. Sixth St. | 333 Las Vegas Blvd. So. #5000 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Counsel for Defendant Christopher Biggers | Counsel for Plaintiff |

IT IS SO ORDERED that the sentencing date and revocation proceedings in this matter shall be continued to the **21st day of February, 2011 at 10:00 a.m.**

DATED this 14th day of January, 2011.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

2