C. STANLEY HUNTERTON
Nevada Bar No. 1891
HUNTERTON & ASSOCIATES
333 So. Sixth St.
Las Vegas, Nevada 89101
(702-388-0098)
Counsel for Defendant Christopher J. Biggers

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 2:10-CR-0003-JCM-PAL |
| | ) | 2:10-CR-0039-JCM-PAL |
| CHRISTOPHER J. BIGGERS, | ) | 2:01-CR-0464-JCM-PAL |
| | ) | 2:09-CR-530-JCM-PAL |
| Defendant. | ) | |

### THIRD STIPULATION TO CONTINUE SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between DANIEL G. BOGDEN, United States Attorney, through ROGER YANG, Assistant United States Attorney and C. STANLEY HUNTERTON, counsel for Defendant Christopher J. Biggers, that the sentencing date in this matter as well as the revocation proceedings presently set for March 14, 2011 at the hour of 11:00 am be vacated and continued

This Stipulation is entered into for the following reasons:

Due to a calendaring error, defense counsel has failed to file his objection to the pre-sentence report in the captioned case. This only came to the attention of the undersigned this afternoon, March 10, 2011.

The Defendant has indicated to his assigned counsel that he does have one (1) objection to the current pre-sentence report and defense counsel would like an opportunity to file that objection.

WHEREFORE, a continuance of at least 2 weeks or March 28, 2011 is requested..

DATED this 10th day of March, 2011.

| HUNTERTON & ASSOCIATES | DANIEL G. BOGDEN |
| --- | --- |
| | UNITED STATES ATTORNEY |
| *(signed)* | *(signed)* |
| C. Stanley Hunterton | Roger Yang |
| 333 So. Sixth St. | 333 Las Vegas Blvd. So. #5000 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Counsel for Defendant Christopher Biggers | Counsel for Plaintiff |

IT IS SO ORDERED that the sentencing date and revocation proceedings in this matter shall be continued to the 28 day of March, 2011 at the hour of 10:30 am.

DATED this 14th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE