1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00039-JCM-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CHRISTOPHER J. BIGGERS, | |
| Defendant. | |

8
9
10
11
12

13    Presently before the court is *United States v. Biggers*, case no. 2:10-cr-00039-JCM-PAL.

14  Christopher Biggers ("petitioner") filed a motion to vacate, set aside, or correct sentence pursuant

15  to 28 U.S.C. § 2255 based upon the application of *Johnson v. United States*, 135 S. Ct. 2551 (2015)

16  to his sentence. (Doc. #64). Briefing shall proceed as follows: respondent has thirty days from the

17  date of this order to file a response. Thereafter, petitioner has thirty days to file a reply.

18    Accordingly,

19    It is ORDERED that respondent file a response to petitioner's motion to vacate, set aside,

20  or correct sentence pursuant to 28 U.S.C. § 2255 no later than thirty (30) days from the date of this

21  order. Petitioner's reply is due thirty (30) days thereafter.

22    DATED THIS 5ᵗʰ day of April 2016.

23

24  JAMES C. MAHAN
    UNITED STATES DISTRICT JUDGE

25
26
27
28