UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>       v.<br><br>CHRISTOPHER J. BIGGERS,<br><br>                                Defendant. | Case No. 2:10-cr-00039-JCM-PAL<br><br>ORDER |

Presently before the court is petitioner Christopher Biggers' motion to amend order (ECF No. 69) denying petitioner's motion to vacate under 28 U.S.C. § 2255 (ECF No. 54).  (ECF No. 73).

Petitioner requests that the court amend the order, but offers no compelling reason for the amendment.

Accordingly,

IT IS HEREBY ORDERED that petitioner's motion to amend (ECF No. 73) be, and the same hereby is, DENIED.

DATED THIS 27th day of February, 2017.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE